United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILDER JAIME CHAVEZ ESCOBAR,
Petitioner,
v.
SERGIO ALBARRAN, et al.,
Respondents.

Case No. 26-cv-08659-CRB

**ORDER SETTING HEARING AND EXTENDING TRO**

The Court hereby SETS a hearing on Petitioner's motion for preliminary injunction for Wednesday, September 9, 2026, at 1:30 P.M. In addition, the Court EXTENDS the TRO through September 9, 2026 for good cause.

**IT IS SO ORDERED.**

Dated: September 1, 2026



CHARLES R. BREYER
United States District Judge